**Van−021** [Notice] (Rev. 08/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 08−84173−JAC7 |
| Jeffrey Lee Morrow | **Chapter** 7 |
| **SSN:** xxx−xx−8449 | |
| Tammy Marie Moebes Morrow | |
| **SSN:** xxx−xx−8344 | |
|     **Debtor(s)** | |

## NOTICE

    Notice of Incorrect Claim: Due to an error having been made in the processing of CLAIM# 19, the filer, Robert M. Shipman, should make the following corrections:(1) CLAIM INDICATES ATTACHMENTS SENT; THERE WERE NO ATTACHMENT. (2) PLEASE AMEND CLAIM ACCORDINGLY (deg)

Dated:  February 25, 2010          By:

                                                    Scott W. Ford, Clerk
                                                    United States Bankruptcy Court

deg